| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | TIMOTHY F. SALEL |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 163597 |
|   | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone No.: (619) 557-6074 |
| 6 | Attorneys for Plaintiff |
|   | United States of America |

FILED
07 JUN 29 PM 1:51
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNSEALED AS OF 9/20/07
ORDERED SEALED BY COURT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No. 07 MJ 1524 |
| Plaintiff, | ) | |
| v. | ) | MOTION TO SEAL |
| GILBERTO LIZARRAGA, | ) | |
| Defendant. | ) | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Timothy F. Salel, Assistant United States Attorney, and hereby moves that the Complaint (and supporting statement of facts), Arrest Warrant, Motion To Seal and Order To Seal be sealed until further order. Defendant GILBERTO LIZARRAGA is currently one of several targets and member of an alien smuggling organization with ties to Mexico and South America. Other members of the alien smuggling organization have previously fled to Mexico upon learning of the criminal investigation.

DATED: June 28, 2007         Respectfully submitted,

                             KAREN P. HEWITT
                             United States Attorney

                             /s/ Timothy F. Salel
                             TIMOTHY F. SALEL
                             Assistant U.S. Attorney