FILED
07 JUN 29 PM 1:51
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

ORDERED SEALED BY COURT
UNSEALED AS OF 9/20/07

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. 07 MJ 1524 |
| Plaintiff, | |
| v. | ORDER TO SEAL |
| GILBERTO LIZARRAGA, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Complaint (and supporting statement of facts), Arrest Warrant, Motion To Seal and Order To Seal be filed under seal.

IT IS SO ORDERED.

DATED: 6/28/07

HONORABLE LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE