**Minutes of the United States District Court**
**Southern District of California**
**SEPTEMBER 20, 2007**

| HON. JAN M. ADLER | DEPUTY CLERK: R. RHONE |
|---|---|

TAPE NO. JMA 07-01-10:34-10:58

| 07mj1524 | USA | vs. | GILBERTO LIZARRAGA (1)(R) |
|---|---|---|---|
| INITIAL APP ON CMP | | | KURT HERMANSEN (RETAINED) |
| | | | AUSA: TIM SALEL |

GOVT'S ORAL MOT TO UNSEAL THE COMPLAINT - GRANTED

CASE REASSIGNED TO JUDGE ADLER

DFT'S FIRST APPEARANCE; DFT INFORMED OF CHARGES

KURT HERMANSEN, RETAINED

BOND SET AT $5,000 P/S SECURED BY THE DFT'S SIGNATURE

PRELIMINARY HRG SET FOR 10/3/07 AT 2:00 PM BEFORE JUDGE ADLER IN CTRM D

ABSTRACT ISSUED TO USM. DEFENSE COUNSEL WILL PROVIDE THE BOND PACKET ON THE NEXT BUSINESS DAY.

4 MINS