FILED

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07cr2899-LAB |
| Plaintiff, ) | **INFORMATION** |
| v. ) | Title 8, U.S.C., Sec. 1324(a)(1)(A)(ii) and (v)(II) – Transportation of Illegal Aliens; |
| GILBERTO LIZARRAGA, ) | Title 18, U.S.C., Sec. 2 – Aiding and Abetting |
| Defendant. ) | |

The United States Attorney charges:

On or about February 1, 2006, within the Southern District of California, defendant GILBERTO LIZARRAGA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, Antonio Berber-Higuera, Horacio Garcia-Raya, Miguel Hererra-Lopez and Yolanda Zarate-Romero, had not received prior official authorization to come to, enter and reside in the United States, with the intent to violate the immigration laws of the United States, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) and Title 18, United States Code, Section 2.

DATED: 10/18/07

KAREN P. HEWITT
United States Attorney

TIMOTHY F. SALEL
Assistant United States Attorney