AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Case No. 07cr2899-LAB |
| Plaintiff, | |
| v. | WAIVER OF INDICTMENT |
| GILBERTO LIZARRAGA, | |
| Defendant. | |

I, GILBERTO LIZARRAGA, the above named defendant, who is accused of transportation of illegal aliens in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (v)(II), being advised of the nature of the charges in the information and of my rights hereby waives in open court prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

10.15.07
DATED

GILBERTO LIZARRAGA
Defendant

10.15.07
DATED

KURT D. HERMANSEN, ESQ.
Counsel for Defendant

Before _____
United States District Judge / United States Magistrate Judge

FILED
OCT 18 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY