FILED

CLERK, U.S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GILBERTO LIZARRAGA, <br><br> Defendant. | Criminal Case No. 07CR2899-LAB <br><br> **SUPERSEDING INFORMATION** <br><br> Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) – Aiding and Abetting the Transportation of Illegal Aliens |

The United States Attorney charges:

On or about January 2006, within the Southern District of California and elsewhere, defendant GILBERTO LIZARRAGA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that two illegal aliens had not received prior official authorization to come to, enter, and reside in the United States, with the intent to violate the immigration laws of the United States, did aid and abet the transportation and movement of said illegal aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(A)(v)(II).

DATED: 11/6/07

KAREN P. HEWITT
United States Attorney

TIMOTHY F. SALEL
Assistant United States Attorney