AO 455(Rev. 5/85) Waiver of Indictment

**FILED**

NOV ⬚⬚⬚⬚

CLERK, U.S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Case No. 07 CR 2899-LAB |
| Plaintiff, | |
| v. | WAIVER OF INDICTMENT |
| GILBERTO LIZARRAGA, | |
| Defendant. | |

I, GILBERTO LIZARRAGA, the above named defendant, who is accused of transportation of illegal aliens and aiding and abetting in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii) and 1324(a)(1)(A)(v)(II), being advised of the nature of the charges in the *superseding* information and of my rights hereby waives in open court prosecution by indictment and consent that the proceeding may be by *superseding* information rather than by indictment.

11/06/07
DATED

_____
GILBERTO LIZARRAGA
Defendant

4-6-07
DATED

_____
KURT D. HERMANSEN, ESQ.
Counsel for Defendant

Before _____
~~United States District Judge~~ / United States Magistrate Judge