1  Law Office of Kurt David Hermansen
   Kurt David Hermansen, Cal. Bar No. 166349
2  110 West C Street, Suite 1810
   San Diego, California  92101-3909
3  Telephone:   (619) 236-8300
   Facsimile:    (619) 236-8400
4  Cellular:       (619) 436-8117
   KDH@Kurt David Hermansen.com
5  Attorney for Defendant
   GILBERTO LIZARRAGA

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>       v.<br><br>GILBERTO LIZARRAGA,<br><br>                  Defendant. | Case No. 07cr2899-LAB (JMA)<br><br>**NOTICE OF NO OPPOSITION BY PRE-TRIAL SERVICES TO MODIFYING BAIL CONDITIONS TO ALLOW TRAVEL TO BAJA, CALIFORNIA, MEXICO TO VISIT FAMILY** |

To the Clerk of this Court and all parties of record:

NOTICE IS HEREBY GIVEN that the undersigned spoke with Pretrial Services Officer Silvana Patton [(619) 446-3617)] on 11/8/07 and that she expressed no opposition to the proposed modification to the travel restriction which was requested on 11/6/07.

Accordingly, Mr. Lizarraga requests that the Honorable Magistrate Judge Jan M. Adler modify the conditions of pretrial release as discussed in court on 11/6/07 to let Mr. Lizarraga visit his father in Baja California, Mexico, with notice to and permission from Pretrial Services.

Respectfully submitted,

Executed on: *November 8, 2007*          *s/Kurt David Hermansen*

Attorney for Defendant
Email:  KDH@KurtDavidHermansen.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 06cr2899-LAB (JMA) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| GILBERTO LIZARRAGA, | |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

I, KURT DAVID HERMANSEN, am a citizen of the United States and am at least eighteen years of age. My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **NOTICE OF NO OPPOSITION BY PRETRIAL SERVICES TO MODIFYING BAIL CONDITIONS TO ALLOW TRAVEL TO BAJA, CALIFORNIA, MEXICO TO VISIT FAMILY**.

The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following email addresses:

**Kurt David Hermansen**: KDH@KurtDavidHermansen.com
**U S Attorney CR**  Efile.dkt.gc2@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _November 8, 2007_            _s/**Kurt David Hermansen**_
                                                                Attorney for Defendant
                                                      Email: KDH@KurtDavidHermansen.com