1  LAW OFFICE OF KURT DAVID HERMANSEN
   Kurt David Hermansen Cal. Bar No. 166349
2  110 West C Street, Suite 1810
   San Diego, California 92101-3909
3  Telephone:    (619) 236-8300
   Facsimile:    (619) 236-8400
4  Cellular:     (619) 436-8117
   KDH@KurtDavidHermansen.com
5  Attorney for Defendant
   GILBERTO LIZARRAGA
6
7
8
9              UNITED STATES DISTRICT COURT
10            SOUTHERN DISTRICT OF CALIFORNIA
11  ─────────────────────────────
12  UNITED STATES OF AMERICA,        )  Case No.  07cr2899 LAB (JMA)
                                     )
13                    Plaintiff,     )  JOINT MOTION TO CONTINUE
                                     )  SENTENCING HEARING
14       v.                          )
                                     )
15                                   )
    GILBERTO LIZARRAGA,              )
16                                   )
                      Defendant.     )
17  ─────────────────────────────
18
19       IT IS HEREBY REQUESTED by the parties in the case, Plaintiff, United States of
20  America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Tim-
21  othy F. Salel, Assistant United States Attorney, and the Defendant, Gilberto Lizarraga, by and
22  through his counsel, Kurt David Hermansen, that the sentencing hearing in the above entitled
23  case originally scheduled for January 28, 2008 at 9:30 a.m. and currently set for March 31, 2008
24  at 9:30 a.m. be continued to April 28, 2008 at 9:30 a.m. for Mr. Lizarraga.
25       The parties agree that the time between January 28, 2008 and April 28, 2008 is
26  excludable under the Speedy Trial Act until acceptance of plea.
27
28

1    The undersigned defense attorney for Mr. Lizarraga called the court's courtroom deputy

2  to obtain the new date and that date is agreeable to both parties. A proposed order with respect

3  to this joint motion is being submitted directly to the court via efile_burns@casd.uscourts.gov.

4    Defendant Lizarraga is out of custody on bond. An acknowledgment of the next court

5  date will be filed.

6

7                                            Respectfully submitted,

8  Dated: *January 7, 2008*              *s/**Kurt David Hermansen**

9                                 Attorney for Defendant Gilberto Lizarraga
                               Email: KDH@KurtDavidHermansen.com
10

11 Dated: *January 7, 2008*              *s/**Timothy F. Salel**

12                                 Assistant United States Attorney
                               Email: Timothy.Salel@usdoj.gov
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07cr2899 LAB (JMA) |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| GILBERTO LIZARRAGA, | |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

I, KURT DAVID HERMANSEN, am a citizen of the United States and am at least eighteen years of age. My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **JOINT MOTION TO CONTINUE SENTENCING HEARING** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

U S Attorney CR
Efile.dkt.gc2@usdoj.gov

Kurt David Hermansen
KDH@KurtDavidHermansen.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  _January 7, 2008_              _s/**Kurt David Hermansen**_

Attorney for Defendant Gilberto Lizarraga
Email: KDH@KurtDavidHermansen.com