KAREN P. HEWITT
United States Attorney
TIMOTHY F. SALEL
Assistant U.S. Attorney
California State Bar No. 163597
Federal Office Building
880 Front Street, Room 6293
San Diego, California  92101-8893
Telephone No.: (619) 557-6074
E-mail: timothy.salel@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No.  07CR2899-LAB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | JOINT MOTION TO CONTINUE DATE FOR ACCEPTANCE OF PLEA AND SENTENCING |
| GILBERTO LIZARRAGA, | ) | DATE:        March 3, 2008 |
| Defendant. | ) | TIME:        9:00 a.m. |

IT IS HEREBY REQUESTED by and between the parties, plaintiff, United States of America, by and through its counsel KAREN P. HEWITT, United States Attorney, and TIMOTHY F. SALEL, Assistant U.S. Attorney, and KURT D. HERMANSEN, counsel on behalf of defendant, that the hearing for acceptance of plea and sentencing be continued from March 3, 2008 at 9:00 a.m. to May 5, 2008 at 9:00 a.m. (or any other date convenient to this Court).  A proposed order regarding the continued date will be submitted directly to the Court via: efile_burns@casd.uscourts.gov.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

DATED: January 23, 2008         */S/ TIMOTHY F. SALEL*
TIMOTHY F. SALEL
Assistant U.S. Attorney

DATED: January 23, 2008         */S/ KURT DAVID HERMANSEN*
KURT DAVID HERMANSEN
Attorney for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR2899-LAB |
| Plaintiff, ) | |
| v. ) | CERTIFICATE OF SERVICE |
| GILBERTO LIZARRAGA, ) | |
| Defendants. ) | |

IT IS HEREBY CERTIFIED that:

I, Timothy F. Salel, am a citizen of the United States over the age of 18 years and a resident of San Diego County, CA; my business address is 880 Front Street, San Diego, CA 92101-8893; I am not a party to the above-entitled action.

I have caused service of JOINT MOTION TO CONTINUE DATE FOR ACCEPTANCE OF PLEA AND SENTENCING, on the following party, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the following party:

Kurt David Hermansen - Attorney For Gilberto Lizarraga at the following e-mail KDF@ KurtDavidHermansen.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed: January 23, 2008        */s/ TIMOTHY F. SALEL*
TIMOTHY F. SALEL
Assistant U.S. Attorney
E-mail: timothy.salel@usdoj.gov

07CR2899-LAB