Law Office of Kurt David Hermansen
Kurt David Hermansen, Cal. Bar No. 166349
110 West C Street, Suite 1810
San Diego, California 92101-3909
Telephone:    (619) 236-8300
Facsimile:    (619) 236-8400
Cellular:    (619) 436-8117
Attorney for Defendant
KDH@KurtDavidHermansen.com
GILBERTO LIZARRAGA

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07cr2899 LAB (JMA) |
| Plaintiff, | ACKNOWLEDGMENT OF NEXT COURT DATE |
| v. | |
| GILBERTO LIZARRAGA, | |
| Defendant. | |

I, Gilberto Lizarraga, hereby acknowledge that the sentencing hearing presently set for March 31, 2008, has been moved to April 1, 2008 at 9:30 a.m., and that I am to appear on April 1, 2008 at 9:30 a.m., before the Honorable Larry A. Burns, in the United States District Court, Southern District of California, in San Diego, California.

Dated: 02/07/08

_____
Gilberto Lizarraga
Defendant